# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
## CIVIL DOCKET FOR CASE #: 25CI1:20-cv-00385-TTG

BILLBRO v. SWIFT TRANSPORTATION
Assigned to: Senior Circuit Judge Tomie Green

**Upcoming Settings:**

None Found

Date Filed: 07/02/2020
Current Days Pending: 42
Total Case Age: 42
Jury Demand: None
Nature of Suit: 182 Negligence - Motor Vehicle

**Plaintiff**

**AUGUSTA BILLBRO**    represented by    **William A. Graves**
Morgan andMorgan
4450 Old Canton Rd, Suite 200
JACKSON, MS 39211
601-949-3388
Email: wgraves@forthepeople.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SWIFT TRANSPORTATION OF ARIZONA, LLC**    represented by    **David Calvert Dunbar**
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
RIDGELAND, MS 39157
601-898-2073
Fax: 601-898-2074
Email: dcdunbar@dunbarmonroe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly D Mccormack**
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
RIDGELAND, MS 39157
601-898-2073
Fax: 601-898-2074
Email: kmccormack@dunbarmonroe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES #1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2020 | 2 | COMPLAINT against JOHN DOES #1-10, SWIFT TRANSPORTATION OF ARIZONA, LLC, filed by AUGUSTA BILLBRO. (Attachments: # 1 Civil Cover Sheet,) (DKW) (Entered: 07/02/2020) |
| 07/02/2020 | 3 | SUMMONS Issued to SWIFT TRANSPORTATION OF ARIZONA, LLC. (DKW) (Entered: 07/02/2020) |
| 07/17/2020 | 4 | NOTICE OF SERVICE of Interrogatories Propounded to Defendant, NOTICE OF SERVICE of Request for Admissions Propounded to Defendant, NOTICE OF SERVICE of Request for Production of Documents Propounded to Defendant by AUGUSTA BILLBRO. (Graves, Will) (Entered: 07/17/2020) |

| 07/28/2020 | 5 | NOTICE OF SERVICE of Request for Admissions Propounded to Augusta Billbro by SWIFT TRANSPORTATION OF ARIZONA, LLC. (Dunbar, David) (Entered: 07/28/2020) |
| 07/28/2020 | 6 | NOTICE of Appearance by Kimberly D Mccormack on behalf of SWIFT TRANSPORTATION OF ARIZONA, LLC (Mccormack, Kimberly) (Entered: 07/28/2020) |
| 07/28/2020 | 7 | NOTICE of Appearance by David Calvert Dunbar on behalf of SWIFT TRANSPORTATION OF ARIZONA, LLC (Dunbar, David) (Entered: 07/28/2020) |
| 07/29/2020 | 8 | NOTICE OF SERVICE of Responses to Request for Admissions by SWIFT TRANSPORTATION OF ARIZONA, LLC. (Dunbar, David) (Entered: 07/29/2020) |
| 07/30/2020 | 9 | ANSWER to 2 Complaint *and Affirmative Defenses* by SWIFT TRANSPORTATION OF ARIZONA, LLC. (Dunbar, David) (Entered: 07/30/2020) |
| 08/11/2020 | 10 | NOTICE OF SERVICE of Responses to Request for Admissions by AUGUSTA BILLBRO. (Graves, William) (Entered: 08/11/2020) |
| 08/13/2020 | 11 | NOTICE of Notice of Removal by SWIFT TRANSPORTATION OF ARIZONA, LLC (Dunbar, David) (Entered: 08/13/2020) |

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**AUGUSTA BILLBRO**                                                                                    **PLAINTIFF**

**V.**                                                              CASE NO: $20-385$

**SWIFT TRANSPORTATION**
**COMPANY OF ARIZONA, LLC;**
**AND JOHN DOES #1-10**                                                                **DEFENDANTS**

<u>**COMPLAINT WITH DISCOVERY ATTACHED**</u>
**JURY TRIAL REQUESTED**

COMES NOW, Plaintiff Augusta Billbro, by and through undersigned counsel and files this Complaint against Swift Transportation and would show unto this Honorable Court the following wit:

**PARTIES**

1.

Augusta Billbro is an adult resident of Hinds County Mississippi.

2.

Swift Transportation Company, LLC is an Arizona corporation doing business in Mississippi. Swift Transportation. may be served with process by serving its Registered Agent at its principle place of business located at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. At all times relevant hereto, Swift Transportation owned, managed, leased, operated, supervised, maintained, trained, was responsible for, and obtained financial benefit from the subject vehicle doing business in Mississippi.

3.

1

Defendants, John Does #1-10, include those persons or entities unknown to the Plaintiff at this time that were involved in the control, ownership, management, leasing, operation, supervision, maintenance, training, inspection, repair, were responsible for, and obtained financial benefit from the Defendants and the subject vehicle's operation in Mississippi and for the persons or entities involved and/or designed and manufactured the subject vehicle. Upon information and belief, John Does #1-10 are resident and nonresident Defendants doing business in the State of Mississippi whose identities are unknown at this time. The filing of this Complaint is a filing against all John Doe Defendants and this Complaint will be appropriately amended in accordance with the Mississippi Rules of Civil Procedure when the identities are ascertained.

## JURISDICTION AND VENUE

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in Hinds County, Mississippi, as the acts complained of occurred in whole or in part in the First Judicial District of Hinds County, Mississippi.

## NEGLIGENCE

5.

On or about August 10, 2019 Plaintiff Augusta Billbro was driving her 2006 Nissan Maxima on I-20 near Ellis Avenue in Jackson, Hinds County, Mississippi. On the above date, an unknown driver driving a Swift Transportation Company, LLC 18-wheeler in the proximity of the Plaintiff. Suddenly and without warning, the driver operating the Swift Transportation

2

Company, LLC 18-wheeler side swiped the Plaintiff's vehicle while attempting to merge into her lane. The Defendant's vehicle did not stop at this scene of the wreck. Due to the driver's improper lane change, the vehicles made contact and causing the Plaintiff to suffer injuries.

6.

The collision and resulting damages to the Plaintiff were directly and proximately caused by the negligence of Defendant Swift Transportation in the following ways:

    (a)    Failing to keep his vehicle under reasonable and proper control;

    (b)    Failing to keep a reasonable and proper lookout as he operated his vehicle;

    (c)    Failing to abide by the Rules of the Road;

    (d)    Operating Defendant's vehicle in a careless, negligent manner;

    (e)    Failing to give adequate warnings of a collision;

    (f)    Causing his vehicle to collide into the Plaintiff;

    (g)    Speeding or travelling at a speed unreasonable for the existing conditions;

    (h)    The Defendant's improper lane change; and/or

    (i)    Other acts of omission and commission to be named in a trial of this matter.

## DAMAGES

6.

Based on the foregoing, Plaintiff requests an award of damages for the following:

    (a)    Past, present, and future medical bills;

    (b)    Past, present, and future loss of wages or wage earning capacity;

    (c)    Past, present, and future physical pain and suffering;

    (d)    Past, present, and future mental and emotional distress

    (e)    Permanent scarring, disfigurement, and disability;

3

(f)    Loss of enjoyment of life;

(g)    All other damages allowed under Mississippi Law

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands a jury trial and judgment,

jointly and severally against the Defendant for all damages allowed under Mississippi law

including compensatory damages in an amount to be determined by the jury, together with all

costs, and for any such other general relief which the Court and jury may deem appropriate.

RESPECTFULLY SUBMITTED, this the ____ day of June, 2020.

PLAINTIFF

BY:    _____
       WILLIAM A. GRAVES


WILLIAM A. GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL: WGRAVES@FORTHEPEOPLE.COM

4

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**AUGUSTA BILLBRO**                                                      **PLAINTIFF**

**V.**                                                  CASE NO: _20- 385_

**SWIFT TRANSPORTATION
OF ARIZONA, LLC; AND JOHN
DOES #1-10**                                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF RANKIN

TO:     **Swift Transportation of Arizona, LLC.**
        **Attn: Registered Agent**
        **645 Lakeland East Drive, Suite 101**
        **Flowood, MS 39232**

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE
IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery
Attached to Rocky Wilkins, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite
200, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of
delivery of this summons and complaint with discovery attached or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

WITNESS MY SIGNATURE and seal of office this the _2_<sup>ND</sup> day of June, 2020.

Zack Wallace, Circuit Clerk of
Hinds County, Mississippi

BY: _____, D.C.

Summons issued at the request of:
WILL GRAVES, ESQ., MSB #105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399

1

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**AUGUSTA BILLBRO**                                                    **PLAINTIFF**

**V.**                                                        **CASE NO: 20-385**

**SWIFT TRANSPORTATION**
**COMPANY OF ARIZONA, LLC;**
**AND JOHN DOES #1-10**                                      **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

      Notice is hereby given, pursuant to local rules, that Plaintiffs served along with this Notice

in the above entitled action, the following documents to the Defendants:

1.  Plaintiff's First Set of Interrogatories to the Defendants;
2.  Plaintiff's First Set of Requests for Production of Documents to the Defendants; and
3.  Plaintiff's First Set of Requests for Admissions to the Defendants

      The undersigned retains the original of the above papers as custodian thereof pursuant to

local rules.

      RESPECTFULLY SUBMITTED, this the 17th day of July, 2020.

                  PLAINTIFFS,


            BY: */s/*William A. Graves_____
                 WILLIAM A. GRAVES

WILLIAM A. GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL:  WGRAVES@FORTHEPEOPLE.COM

1

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

AUGUSTA BILBRO                                              PLAINTIFF

V.                                                  CAUSE NO: 20-W-215

SWIFT TRANSPORTATION OF
ARIZONA, LLC                                              DEFENDANT

### NOTICE OF SERVICE

Notice is hereby given that Terry Herndon has served in the above-styled action the following:

1. *Swift Transportation of Arizona, LLC's First Set of Requests for Admissions Propounded to Augusta Billbro.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

THIS the 28th day of July, 2020.

Respectfully submitted,

SWIFT TRANSPORTATION OF
ARIZONA, LLC

By Their Attorneys

DunbarMonroe, PLLC


 */s/ David C. Dunbar*
David C. Dunbar
Kim D. McCormack

OF COUNSEL:
David C. Dunbar (MSB #6227)
dcdunbar@dunbarmonroe.com
Kim D. McCormack (MSB #100029)
kmccormack@dunbarmonroe.com
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS  39157
601-898-2073 Office
601-898-2074 Facsimile

### CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Court's electronic case filing system, which sent notification to the following interested parties:

William Graves, Esq.
Morgan and Morgan, PLLC
4450 Old Canton Rd, Suite 200
Jackson, MS 39211
Telephone: 601-949-3388
Email: wgraves@forthepeople.com

THIS the 28th day of July, 2020.

*/s/ David C. Dunbar*
David C. Dunbar
Kim D. McCormack

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

AUGUSTA BILBRO                                          PLAINTIFF

V.                                               CAUSE NO: 20-W-215

SWIFT TRANSPORTATION OF
ARIZONA, LLC                                          DEFENDANT

## ENTRY OF APPEARANCE

Kimberly D. McCormack and the law firm DunbarMonroe, PLLC, enter their appearance as counsel of record on behalf of the Defendant, Swift Transportation of Arizona, LLC, in the above-styled cause.

THIS the 28th day of July, 2020.

Respectfully submitted,

SWIFT TRANSPORTATION OF
ARIZONA, LLC

By Their Attorneys

DunbarMonroe, PLLC

*s/ Kimberly D. McCormack*
Kimberly D. McCormack

OF COUNSEL:
David C. Dunbar (MSB#6227)
dcdunbar@dunbarmonroe.com
Kimberly D. McCormack (MSB#100029)
kmccormack@dunbarmonroe.com
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
601-898-2073 Office
601-898-2074 Facsimile

1

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Court's electronic case filing system, which sent notification to the following interested parties:

William Graves, Esq.
Morgan and Morgan, PLLC
4450 Old Canton Rd, Suite 200
Jackson, MS 39211
Telephone: 601-949-3388
Email: wgraves@forthepeople.com

THIS the 28th day of July, 2020.

*s/ Kimberly D. McCormack*
Kimberly D. McCormack

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

AUGUSTA BILBRO                                                           PLAINTIFF

V.                                                    CAUSE NO: 25CI1:20-cv-00385-TTG

SWIFT TRANSPORTATION OF
ARIZONA, LLC                                                             DEFENDANT

## ENTRY OF APPEARANCE

David C. Dunbar and the law firm DunbarMonroe, PLLC, enter their appearance as counsel of record on behalf of the Defendant, Swift Transportation of Arizona, LLC, in the above-styled cause.

THIS the 28th day of July, 2020.

Respectfully submitted,

SWIFT TRANSPORTATION OF
ARIZONA, LLC

By Their Attorneys

DunbarMonroe, PLLC

 */s/ David C. Dunbar*
David C. Dunbar

OF COUNSEL:
David C. Dunbar (MSB#6227)
dcdunbar@dunbarmonroe.com
Kimberly D. McCormack (MSB#100029)
kmccormack@dunbarmonroe.com
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
601-898-2073 Office
601-898-2074 Facsimile

1

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Court's electronic case filing system, which sent notification to the following interested parties:

William Graves, Esq.
Morgan and Morgan, PLLC
4450 Old Canton Rd, Suite 200
Jackson, MS 39211
Telephone: 601-949-3388
Email: wgraves@forthepeople.com

THIS the 28th day of July, 2020.

/s/ David C. Dunbar
David C. Dunbar

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

AUGUSTA BILBRO                                                              PLAINTIFF

V.                                                              CAUSE NO: 20-385

SWIFT TRANSPORTATION COMPANY
OF ARIZONA, LLC                                                              DEFENDANT

### NOTICE OF SERVICE

Notice is hereby given that Swift Transportation Company of Arizona, LLC has served in the

above-styled action the following:

> 1. *Swift Transportation Company of Arizona, LLC's Responses to Plaintiff's First Set of Requests for Admissions.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

THIS the 29th day of July, 2020.

<div style="margin-left: 50%;">

Respectfully submitted,

SWIFT TRANSPORTATION COMPANY
OF ARIZONA, LLC

By Their Attorneys

DunbarMonroe, PLLC

*/s/ David C. Dunbar*
David C. Dunbar
Kim D. McCormack

</div>

OF COUNSEL:
David C. Dunbar (MSB #6227)
dcdunbar@dunbarmonroe.com
Kim D. McCormack (MSB #100029)
kmccormack@dunbarmonroe.com
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS  39157
601-898-2073 Office
601-898-2074 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Court's electronic case filing system, which sent notification to the following interested parties:

> William Graves, Esq.
> Morgan and Morgan, PLLC
> 4450 Old Canton Rd, Suite 200
> Jackson, MS 39211
> Telephone: 601-949-3388
> Email: wgraves@forthepeople.com

THIS the 29th day of July, 2020.

*/s/ David C. Dunbar*
David C. Dunbar
Kim D. McCormack

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

AUGUSTA BILLBRO                                                      PLAINTIFF

v.                                                      CIVIL ACTION NO. 20-385

SWIFT TRANSPORTATION
CO. OF ARIZONA, LLC;
and JOHN DOES #1-10                                            DEFENDANTS

## ANSWER AND AFFIRMATIVE DEFENSES OF
## SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

Defendant, Swift Transportation Co. of Arizona, LLC, (hereinafter "Swift" or "Defendant"), by and through counsel, files this Answer and Affirmative Defenses to the Complaint of Plaintiff Augusta Billbro ("Plaintiff"), and submits as follows:

### FIRST AFFIRMATIVE DEFENSE

To the extent the Plaintiff has received or will in the future receive any payment or compensation from any other party, person, or entity as compensation for their alleged damages, if any, Defendant affirmatively pleads the doctrine of accord and satisfaction and is entitled to a set-off or credit for any such compensation received by the Plaintiff in the event Defendant is found to be liable in this matter.

### SECOND AFFIRMATIVE DEFENSE

Defendant is informed and believes that the alleged damages, if any, were caused by the fault and neglect of others, for whom Defendant is not responsible or liable and over whom Defendant exercised no control, thereby baring or reducing Plaintiff's recovery.

### THIRD AFFIRMATIVE DEFENSE

Any damages claimed by the Plaintiff which were and/or may have been proximately

1

caused as a result of superseding and/or intervening causes are damages for which Defendant cannot be held liable and for which recovery cannot be had against Defendant.

## FOURTH AFFIRMATIVE DEFENSE

If any of the injuries or conditions complained of in this matter by Plaintiff existed prior to the incident, then Defendant cannot be responsible for those conditions.

## FIFTH AFFIRMATIVE DEFENSE

If it is found that Defendant was negligent in some degree, and if it is also found that the Plaintiff or other parties were also negligent and contributed to the occurrence of the Plaintiff's alleged damages, if any, the damages assessed against Defendant should be apportioned to the degree that the negligence of the Plaintiff or other parties contributed to the Plaintiff's damages, if any, pursuant to Miss. Code Ann. § 11-7-15.

## SIXTH AFFIRMATIVE DEFENSE

Although Defendant denies that the Plaintiff is entitled to any judgment against it, to the extent liability must be apportioned, Defendant asserts its defenses under § 85-5-7 of the Mississippi Code of 1972, as amended, regarding allocation of fault.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant asserts all available affirmative defenses provided under Rule 12 of the Mississippi Rules of Civil Procedure.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant asserts all available affirmative defenses provided under Rule 8 of the Mississippi Rules of Civil Procedure. Specifically, Defendant pleads settlement and release, accord and satisfaction, estoppel, laches, waiver, and any other affirmative defense that may

become apparent as discovery progresses.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages, if any.

## TENTH AFFIRMATIVE DEFENSE

Although Defendant denies that the Plaintiff is entitled to any judgment against it, Defendant asserts the limitations under § 11-1-60 of the Mississippi Code of 1972, as amended, regarding noneconomic damages.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant hereby gives notice that it intends to rely upon such other and further defenses that may be available or become apparent during discovery in this civil action and reserves the right to amend to assert any such defenses.

## TWELFTH AFFIRMATIVE DEFENSE

All allegations contained in Plaintiff's Complaint that are not specifically admitted are hereby denied.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant affirmatively pleads any and all rights of indemnity and contribution it may have against any party or nonparty, whether by contract or under common law.

## FOURTEENTH AFFIRMATIVE DEFENSE

To the extent the Plaintiff has received or will in the future receive any payment or compensation from any other party, person, or entity as compensation for their alleged damages, if any, Defendant affirmatively pleads the doctrine of accord and satisfaction and is entitled to a

set-off or credit for any such compensation received by the Plaintiff in the event Defendant is found to be liable in this matter.

## **ANSWER**

Defendant answers the Plaintiff's Complaint paragraph by paragraph as follows:

1.      Defendant lacks sufficient information to confirm or deny the allegations contained within Paragraph 1 of the Complaint and therefore denies the same.

2.      Admitted that Swift is a foreign corporation registered to conduct business in Mississippi who may be served with process through its registered agent at the address stated in the Complaint.  The remaining allegations in Paragraph 2 are denied.

3.      The allegations contained in Paragraph 3 of the Complaint refer to other parties and a response by answering Defendant is not necessary. To the extent a response is required by Swift, the allegations are denied.

4.      Admitted that jurisdiction and venue are proper with this Court.

5.      Defendant lacks sufficient information to confirm or deny the allegations contained within Paragraph 5 of the Complaint and therefore denies the same.

6.      Defendant denies the allegation contained within Paragraph 6, including all subparts.

7.      Defendant denies the allegations contained within the second enumerated Paragraph 6, including all subparts.

As to the first unnumbered paragraph beginning with "WHEREFORE," Defendant denies the allegations.  Defendant affirmatively states that it is not liable for any damages.  Defendant additionally prays for such other relief as the Court deems proper.

4

THIS the 30th day of July, 2020.

Respectfully submitted,

Swift Transportation Co. of Arizona, LLC

By Its Attorneys,

DunbarMonroe, PLLC

_s/ David C. Dunbar_
David C. Dunbar
Kim D. McCormack

OF COUNSEL:
David C. Dunbar (MSB #6227)
dcdunbar@dunbarmonroe.com
Kim D. McCormack (MSB# 100029)
kmccormack@dunbarmonroe.com
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
601-898-2073 Office
601-898-2074 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing

document with the Court's electronic case filing system, which sent notification to the following

interested parties:

William Graves, Esq.                    wgraves@forthepeople.com
Morgan and Morgan, PLLC
4450 Old Canton Rd, Suite 200
Jackson, MS 39211

THIS the 30th day of July, 2020.

_s/ David C. Dunbar_
David C. Dunbar
Kim D. McCormack

5

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**AUGUSTA BILLBRO**                                                                  **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 20-385**

**SWIFT TRANSPORTATION**
**COMPANY OF ARIZONA, LLC;**
**AND JOHN DOES #1-10**                                                      **DEFENDANTS**

### <u>NOTICE OF SERVICE OF DISCOVERY</u>

Notice is hereby given, pursuant to local rules, that Plaintiff served along with this Notice

in the above entitled action, the following documents to the Defendant:

1.    Response of Augusta Bilbro to Defendant's First Set of Requests for Admission
      Propounded to Plaintiff;

The undersigned retains the original of the above papers as custodian thereof pursuant to

local rules.

RESPECTFULLY SUBMITTED, this the 11th day of August, 2020.

PLAINTIFF,


BY: <u>/s/ William A. Graves</u>
       WILLIAM A. GRAVES



WILLIAM A. GRAVES, ESQ., MSB # 105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL: WGRAVES@FORTHEPEOPLE.COM

## CERTIFICATE OF SERVICE

I, William A. Graves, of counsel for Plaintiff, do hereby certify that I have this day served via Electronic and/or United States mail a true and correct copy of the above and foregoing document to:

David C. Dunbar (MSB #6227)
Kim D. McCormack (MSB #100029)
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS  39157
(601)898-2073 Office
(601)898-2074 Facsimile
Email:  dcdunbar@dunbarmonroe.com
            kmccormack@dunbarmonroe.com

This the 11th day of August, 2020.

/s/ William A. Graves
WILLIAM A. GRAVES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AUGUSTA BILLBRO                                                    PLAINTIFF

v.                                          CIVIL ACTION NO.  __3:20-cv-523-HTW-L__RA

SWIFT TRANSPORTATION
COMPANY OF ARIZONA, LLC
AND JOHN DOES 1-10                                               DEFENDANTS

**NOTICE OF REMOVAL**

TO:    William Graves, Esq.
       Morgan & Morgan, PLLC
       4450 Old Canton Road, Suite 200
       Jackson, Mississippi, 39211

       Zack Wallace, Clerk
       Hinds County Circuit Court
       P.O. Box 327
       Jackson, Mississippi 39205

Defendant Swift Transportation Co. of Arizona, LLC, ("Swift") by and through

counsel, files its Notice of Removal pursuant to 28 U.S.C. § § 1332, 1441, and 1446, and

in support of this removal, Defendant respectfully submits as follows:

1.     Plaintiff filed her Complaint on or about July 2, 2020, in the Circuit Court

of Hinds County, Mississippi, First Judicial District.  The Complaint was docketed in that

court as *Augusta Billbro v. Swift Transportation Company of Arizona, LLC; and John Does*

*#1-10,,* Cause No. 20-385. *Exhibit A – Complaint.*

2.     The United States District Court for the Southern District of Mississippi,

Northern Division, embraces the county in which the State Court Action is now pending.

Therefore, removal is proper to this Court pursuant to 28 U.S.C. §§1049b)(3) and 1441(a).

3.  As set forth below, this Court has original subject matter jurisdiction of this civil motion pursuant to 28 U.S.C. §§1332 and 1441 because there is complete diversity of citizenship between Plaintiff and all properly joined Defendants, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

***Removal is Based on Diversity Jurisdiction***

4. Citizenship of the parties is determined as of the time the Complaint is filed. *Grupo Dataflux v. Atlas Global Group, L.P.*, §41 U.S. 567, 571. (2004).

5.  According to the Complaint, Plaintiff Augusta Billbro is a resident of the State of Mississippi. *Exhibit A – Complaint at ¶ 1.*

6.  Swift Transportation Co. of Arizona, LLC is a limited liability company, incorporated under the laws of the State of Delaware, whose principal place of business is 220 S. 75th Avenue, Phoenix, Arizona.  Swift Transportation Co. of Arizona, LLC is wholly owned by Swift Transportation Co., LLC.  Swift Transportation Co., LLC, presently known as Swift Transportation Co. of Phoenix, LLC, was organized as a Delaware limited liability company with its principal place of business in the State of Arizona.  Swift Transportation Co., LLC is wholly owned by Swift Transportation Company.  Swift Transportation Company, presently known as Knight-Swift Transportation Holdings, Inc., is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Arizona.

7.  Accordingly, this controversy is wholly between Plaintiff, a citizen of Mississippi, and Defendant, Swift Transportation Co. of Arizona, LLC, a corporate citizen

of Delaware and Arizona. There is complete diversity of citizenship between the Plaintiff and the Defendant.

### *Amount in Controversy*

8.      The amount in controversy exceeds $75,000.00, exclusive of interests and costs. The Plaintiff does not specify an amount of damages in the Complaint. However, it is facially apparent that the amount in controversy exceeds $75,000.00. See, e.g., *Allen v. R&H Oil & Gas Co.*, 63 F. 3d 1326 (5th 1996). Moreover, Plaintiff's responses to Defendant's First Set of Requests for Admissions clearly indicate that the amount of damages claimed by Plaintiff exceeds $75,000.00. *Exhibit B – Plaintiff Augusta Billbro's Responses to First Set of Requests for Admissions Propounded by Defendant Swift Transportation Co. of Arizona, LLC.*

9.      Plaintiff Augusta Billbro contends she is entitled to compensatory damages and compensation for past, present and future medical bills, wages or wage earning capacity, physical pain and suffering, mental and emotional distress and for permanent scarring, disfigurement and disability, loss of enjoyment of life and all other damages allowed under Mississippi law. *Exhibit A – Complaint at ¶ 6.*

10.      As it is facially apparent from both the Complaint and from Plaintiff's responses to Defendant's First Set of Requests for Admissions that the amount in controversy exceeds $75,000.00, exclusive of interests and costs, this requirement for diversity jurisdiction is met. *See* 28 U.S.C. §1332.

### *Timeliness of Removal and Other Procedural Requirement*

11.      The Complaint was filed on July 2, 2020. Swift was served with process on or around July 21, 2020.

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 27 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 4 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1    Filed 08/11/20    Page 4 of 5

12.    This Notice of Removal, therefore, is timely filed under 28 U.S.C.

§1446(b)(1) within thirty (30) days after the receipt of the initial pleading by Defendant

from which Defendant could ascertain that the case is properly removable in accordance

with the provisions of 28 U.S.C. §1446(b).

13.    In accordance with 28 U.S.C. § 1447(b) and L.U.Civ.R. 5(b), Defendant is

submitting a copy of the state court pleadings no later than 14 days from the date of

removal.

14.    Contemporaneously with the filing of this notice of removal, Defendant is

filing a copy of the same with the Clerk of the Circuit Court of Hinds County, Mississippi,

in accordance with 28 U.S.C. § 1446(d).  Additionally, written notice of the removal is

being given to all parties.  *Id.*

WHEREFORE, PREMISES CONSIDERED, Defendant Swift Transportation Co.

of Arizona, LLC respectfully requests that this Court proceed with the handling of this case

as if it had been originally filed herein.  Defendant also respectfully requests such other

relief as this Court deems just.

This the 11th day of August, 2020.

<div align="right">

Respectfully submitted,

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC

By Its Attorneys

DunbarMonroe, PLLC


___*s/ David C. Dunbar*_____
David C. Dunbar
Kim D. McCormack

</div>

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 28 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 5 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1    Filed 08/11/20    Page 5 of 5

OF COUNSEL:
David C. Dunbar (MSB #6227)
Kim D. McCormack (MSB #100029)
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS 39157
Telephone: (601) 898- 2073
Facsimile: (601) 898-2074
Email:  dcdunbar@dunbarmonroe.com
            kmccormack@dunbarmonroe.com


**CERTIFICATE OF SERVICE**

I, the undersigned attorney for Defendant Swift Transportation Co. of Arizona,

LLC, hereby certifies that I have this day filed the Notice of Removal with the Court's

electronic case filing system and that upon the filing of the Notice, I have served a true and

correct copy of same to:

William A. Graves, Esq.
Morgan & Morgan
4450 Old Canton Road
Jackson, Mississippi 39211

Zack Wallace, Clerk
Hinds County Circuit Court
P.O. Box 327
Jackson, Mississippi 39205

THIS the 11th day of August, 2020.


                              s/ David C. Dunbar
                              David C. Dunbar
                              Kim D. McCormack

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

3:20-cv-523-HTW-LRA

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

AUGUSTA BILLRO

**(b)** County of Residence of First Listed Plaintiff   Hinds Co., MS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200, Jackson, MS 39211
601-949-3388

## DEFENDANTS

SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

County of Residence of First Listed Defendant   Maricopa Co., AZ
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A, Ridgeland, MS  39157
601-898-2073

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
  Plaintiff
- ☐ 2   U.S. Government
  Defendant
- ☐ 3   Federal Question
  *(U.S. Government Not a Party)*
- ☒ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &      Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander      Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine      Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product      Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☒ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal      Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury -      Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment      **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original
  Proceeding
- ☒ 2   Removed from
  State Court
- ☐ 3   Remanded from
  Appellate Court
- ☐ 4   Reinstated or
  Reopened
- ☐ 5   Transferred from
  Another District
  *(specify)*
- ☐ 6   Multidistrict
  Litigation -
  Transfer
- ☐ 8   Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § § 1332, 1441, and 1446
Brief description of cause:
Motor vehicle accident.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   08/11/2020       0538-4344248

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 30 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 7 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1-2    Filed 08/11/20    Page 1 of 4
Case: 25CI1:20-cv-00385-TTG    Document #: 2    Filed: 07/02/2020    Page 1 of 4

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**AUGUSTA BILLBRO**                                              **PLAINTIFF**

**V.**                                              CASE NO: **20 - 395**

**SWIFT TRANSPORTATION
COMPANY OF ARIZONA, LLC;
AND JOHN DOES #1-10**                                **DEFENDANTS**

### COMPLAINT WITH DISCOVERY ATTACHED
### JURY TRIAL REQUESTED

COMES NOW, Plaintiff Augusta Billbro, by and through undersigned counsel and files this Complaint against Swift Transportation and would show unto this Honorable Court the following wit:

### PARTIES

1.

Augusta Billbro is an adult resident of Hinds County Mississippi.

2.

Swift Transportation Company, LLC is an Arizona corporation doing business in Mississippi. Swift Transportation. may be served with process by serving its Registered Agent at its principle place of business located at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. At all times relevant hereto, Swift Transportation owned, managed, leased, operated, supervised, maintained, trained, was responsible for, and obtained financial benefit from the subject vehicle doing business in Mississippi.

3.

1

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 31 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 8 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1-2    Filed 08/11/20    Page 2 of 4
Case: 25CI1:20-cv-00385-TTG    Document #: 2    Filed: 07/02/2020    Page 2 of 4

Defendants, John Does #1-10, include those persons or entities unknown to the Plaintiff at this time that were involved in the control, ownership, management, leasing, operation, supervision, maintenance, training, inspection, repair, were responsible for, and obtained financial benefit from the Defendants and the subject vehicle's operation in Mississippi and for the persons or entities involved and/or designed and manufactured the subject vehicle. Upon information and belief, John Does #1-10 are resident and nonresident Defendants doing business in the State of Mississippi whose identities are unknown at this time. The filing of this Complaint is a filing against all John Doe Defendants and this Complaint will be appropriately amended in accordance with the Mississippi Rules of Civil Procedure when the identities are ascertained.

## JURISDICTION AND VENUE

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in Hinds County, Mississippi, as the acts complained of occurred in whole or in part in the First Judicial District of Hinds County, Mississippi.

## NEGLIGENCE

5.

On or about August 10, 2019 Plaintiff Augusta Billbro was driving her 2006 Nissan Maxima on I-20 near Ellis Avenue in Jackson, Hinds County, Mississippi. On the above date, an unknown driver driving a Swift Transportation Company, LLC 18-wheeler in the proximity of the Plaintiff. Suddenly and without warning, the driver operating the Swift Transportation

2

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 32 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 9 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1-2    Filed 08/11/20    Page 3 of 4
Case: 25CI1:20-cv-00385-TTG    Document #: 2    Filed: 07/02/2020    Page 3 of 4

Company, LLC 18-wheeler side swiped the Plaintiff's vehicle while attempting to merge into her lane. The Defendant's vehicle did not stop at this scene of the wreck. Due to the driver's improper lane change, the vehicles made contact and causing the Plaintiff to suffer injuries.

6.

The collision and resulting damages to the Plaintiff were directly and proximately caused by the negligence of Defendant Swift Transportation in the following ways:

(a)    Failing to keep his vehicle under reasonable and proper control;

(b)    Failing to keep a reasonable and proper lookout as he operated his vehicle;

(c)    Failing to abide by the Rules of the Road;

(d)    Operating Defendant's vehicle in a careless, negligent manner;

(e)    Failing to give adequate warnings of a collision;

(f)    Causing his vehicle to collide into the Plaintiff;

(g)    Speeding or travelling at a speed unreasonable for the existing conditions;

(h)    The Defendant's improper lane change; and/or

(i)    Other acts of omission and commission to be named in a trial of this matter.

**DAMAGES**

6.

Based on the foregoing, Plaintiff requests an award of damages for the following:

(a)    Past, present, and future medical bills;

(b)    Past, present, and future loss of wages or wage earning capacity;

(c)    Past, present, and future physical pain and suffering;

(d)    Past, present, and future mental and emotional distress

(e)    Permanent scarring, disfigurement, and disability;

3

Case 3:20-cv-00523-HTW-LGI     Document 4     Filed 08/13/20     Page 33 of 37

Case: 25CI1:20-cv-00385-TTG     Document #: 11     Filed: 08/13/2020     Page 10 of 14
Case 3:20-cv-00523-HTW-LRA     Document 1-2     Filed 08/11/20     Page 4 of 4
Case: 25CI1:20-cv-00385-TTG     Document #: 2     Filed: 07/02/2020     Page 4 of 4

(f)     Loss of enjoyment of life;

(g)     All other damages allowed under Mississippi Law

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands a jury trial and judgment, jointly and severally against the Defendant for all damages allowed under Mississippi law including compensatory damages in an amount to be determined by the jury, together with all costs, and for any such other general relief which the Court and jury may deem appropriate.

RESPECTFULLY SUBMITTED, this the ⟨21th⟩ day of June, 2020.

PLAINTIFF

BY:     _____
        WILLIAM A. GRAVES

WILLIAM A. GRAVES, ESQ., MSB#105679
MORGAN AND MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
EMAIL: WGRAVES@FORTHEPEOPLE.COM

4

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**AUGUSTA BILLBRO**                                                                          **PLAINTIFF**

**VS.**                                                                          **CIVIL ACTION NO. 20-385**

**SWIFT TRANSPORTATION**
**COMPANY OF ARIZONA, LLC;**
**AND JOHN DOES #1-10**                                                                          **DEFENDANTS**

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET**
**OF REQUESTS FOR ADMISSIONS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff, by and through the undersigned counsel, hereby serves her sworn Objections, Answers and Responses to Defendant, Swift Transportation Company of Arizona, LLC (hereinafter "Defendant" or "Swift Transportation of Arizona, LLC") First Requests for Admissions to Plaintiff in the above-referenced matter.

**GENERAL OBJECTIONS**

Plaintiff objects to Defendant's Definitions to the extent that they conflict with, or modify, Plaintiff's obligations under the Federal and Local Rules of Civil Procedure.

Plaintiff objects to Defendant's First Requests for Admissions to the extent that they are overly broad with regard to time and scope, irrelevant, unduly burdensome, harassing, not proportional to the needs of this case, and seek information protected by the attorney-client and work-product privileges. Plaintiff more specifically asserts each of the applicable objections to the specific Requests below.

**REQUEST FOR ADMISSION NO. 1:** Admit that even if you prove each and every element of each claim set forth in your complaint in this action, the total amount of damages (including attorney fees and punitive damages) to which you may be entitled will not exceed $75,000.00, exclusive of interest and costs.

Case 3:20-cv-00523-HTW-LGI    Document 4    Filed 08/13/20    Page 35 of 37

Case: 25CI1:20-cv-00385-TTG    Document #: 11    Filed: 08/13/2020    Page 12 of 14
Case 3:20-cv-00523-HTW-LRA    Document 1-3    Filed 08/11/20    Page 2 of 4

**RESPONSE NO.1:** Denied.

**REQUEST FOR ADMISSION NO. 2:** Admit that you knowingly and intentionally waive the right to ever demand any recovery of damages in this action in excess of $75,000.00 exclusive of interest and costs.

**RESPONSE NO. 2:** Denied.

**REQUEST FOR ADMISSION NO. 3:** Admit that you will never seek to amend your complaint in this action to seek damages (including attorney fees and punitive damages) in excess of $75,000.00, exclusive of interest and costs.

**RESPONSE NO. 3:** Denied.

**REQUEST FOR ADMISSION NO. 4:** Admit that even if you are awarded a judgment in this action in excess of $75,000.00, exclusive of interest and costs, you will not attempt to amend your complaint to seek damages in excess of $75,000.00, exclusive of interest and costs.

**RESPONSE NO. 4:** Denied.

**REQUEST FOR ADMISSION NO. 5:** Admit that even if you are awarded a judgment in this action in excess of $75,000.00, exclusive of interest and costs, you will take no action whatsoever to collect from the defendants any amount of damages in excess of $75,000.00, exclusive of interest and costs.

**RESPONSE NO. 5:** Denied.

**REQUEST FOR ADMISSION NO. 6:** Admit that you knowingly and intentionally waive any right to amend your complaint to seek damages in this action in excess of $75,000.00, exclusive of interest and costs.

**RESPONSE NO. 6:** Denied.

**REQUEST FOR ADMISSION NO. 7:** Admit that you have not sustained damages in excess of $75,000.00, exclusive of interest and costs, as a result of the injuries you allege in your complaint in this action.

**RESPONSE NO. 7:** Denied.

**REQUEST FOR ADMISSION NO. 8:** Admit that you are judicially estopped from hereinafter receiving a judgment in this action for damages (including punitive damages) in excess of $75,000.00, exclusive of interest and costs.

**RESPONSE NO. 8:** Denied.

DATED:  August 11, 2020.

Respectfully submitted,
AUGUSTA BILBRO, Plaintiff

By: _____ _____
WILLIAM A. GRAVES, ESQ.


William A. Graves, Esq., MSB#105679
MORGAN AND MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Tel:    (601) 949-3388
Fax:    (601) 949-3399
Email: Wgraves@forthepeople.com

## CERTIFICATE OF SERVICE

I, William A. Graves the undersigned, do hereby certify that I have this day caused to be mailed, via Electronic Mail and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing document to the following counsel of record:

> David C. Dunbar (MSB #6227)
> Kim D. McCormack (MSB #100029)
> DunbarMonroe, PLLC
> 270 Trace Colony Park, Suite A
> Ridgeland, MS  39157
> (601)898-2073 Office
> (601)898-2074 Facsimile
> Email:  dcdunbar@dunbarmonroe.com
>            kmccormack@dunbarmonroe.com

SO CERTIFIED, this the 11th day of August, 2020.

_____
WILLIAM A. GRAVES, ESQ.