UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AUGUSTA BILLBRO                                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 3:20-cv-523-HTW-LGI

SWIFT TRANSPORTATION
CO. OF ARIZONA, LLC
and JOHN DOES 1-10                                               DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE has come before the Court on the joint motion *ore tenus* of Plaintiff Augusta

Billbro ("Plaintiff") and Defendant Swift Transportation Co. of Arizona, LLC ("Defendant"), for

entry of an Agreed Final Judgment of Dismissal with Prejudice of all claims alleged against

Defendant in the instant action. The Court, being advised that the parties have reached a resolution

of all claims herein, finding that it has jurisdiction of this subject matter and the parties, and being

otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's claims against

Defendant Swift Transportation Co. of Arizona, LLC are hereby dismissed with prejudice, with

each side to bear its own costs.

THIS the 26th day of _____April_____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

1

AGREED:

_s/ David C. Dunbar_
David C. Dunbar (MSB #6227)
*Counsel for Defendant*


_s/ William Graves_
William Graves, Esq. (MSB #105679)
*Counsel for Plaintiff*